UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FABIO SILVESTRE GONCALVES, PAULA GABRIELA DA SILVA BARROS, and I.G., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, in his official capacity; and UR M. JADDOU, in her official capacity, <br><br> Defendants. | Civil Action No. <br> 23-11314-FDS |

### ORDER ON DEFENDANTS' MOTION TO DISMISS

**SAYLOR, C.J.**

Plaintiffs Fabio Silvestre Goncalves, Paula Gabriela Da Silva Barros, and I.G. filed a complaint in this case on June 10, 2023. Their complaint requested a writ of mandamus compelling the United States Citizenship and Immigration Services to take action on their Form I-130 petition, an order to compel a decision, a declaratory judgment, and fees and costs under the Equal Access to Justice Act.

On August 15, 2023, defendants filed a motion to dismiss for lack of subject-matter jurisdiction. Although plaintiffs are represented by counsel, no opposition to the motion to dismiss was filed. Dismissal for lack of jurisdiction is appropriate when "the issues are no longer live or the parties no longer have a legally cognizable interest in the outcome." *Horizon Bank & Tr. Co. v. Massachusetts*, 391 F.3d 48, 53 (1st Cir. 2004).

According to the government, USCIS denied Goncalves' Form I-130 petition on August

2, 2023.  Accordingly, all claims raised by the complaint appear to be moot.  *See, e.g.*, *Sisse v. Moniz*, 388 F. Supp. 3d 63 (D. Mass. 2019); *Chen v. Johnson*, 2016 WL 7045699 (D. Mass. Dec. 2, 2016); *Chocho v. Shanahan*, 308 F. Supp. 3d 772 (S.D.N.Y. 2018); *Singh v. Jaddou*, 2023 WL 2976297 (E.D. Cal. Apr. 17, 2023) (collecting cases).  The Court will accordingly dismiss the case for lack of jurisdiction.

For the foregoing reasons, defendants' motion to dismiss for lack of jurisdiction is GRANTED.  The clerk is directed to enter a separate order of dismissal.

**So Ordered.**

Dated: October 25, 2023

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court